*Wednesday, April 20, 1994*

## MOTION DOCKET

94–674. State ex rel. Squire v. Taft. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of the motion of George McKelvey to quash subpoena,

IT IS ORDERED by the court that the motion to quash subpoena be, and the same is hereby, granted.